UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Latawnya COWAN,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO,<br><br>    Defendant. | Case No.: 25-cv-0342-AGS-JLB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS (ECF 2), ORDERING A CONSOLIDATED COMPLAINT, AND DEFERRING SCREENING** |

Plaintiff Latawnya Cowan moves to proceed without paying the filing fee, as she has done in three related cases. (*See* ECF 2; 25-cv-0697-RSH-DEB; 25-cv-0967-JO-DDL.) Cowan qualifies to proceed without paying the fee, but the Court defers its mandatory screening until she files a consolidated complaint.

Typically, parties instituting a civil action in a United States district court must pay filing fees of $402.[1] *See* 28 U.S.C. § 1914(a). But if granted the right to proceed in forma pauperis, a plaintiff can proceed without paying the fee. *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). Cowan's only income is a monthly $1,041.00 disability payment, she has $400 in her bank account, and her monthly expenses total $1,330.00. (ECF 2, at 2.) She is unemployed and has no other assets. (*Id.* at 1, 3.) With three teenaged children to care for—two of them disabled (*see id.* at 3)—this suffices to show that she cannot pay the filing fee, *see Blount v. Saul*, No. 21-CV-0679-BLM, 2021 WL 1561453, at *1 (S.D. Cal. Apr. 21, 2021) ("It is well-settled that a party need not be completely destitute to proceed IFP.").

When reviewing an IFP motion, the court must also screen the complaint. 28 U.S.C. § 1915(e)(2)(B); *Lopez v. Smith*, 203 F.3d 1122, 1126–27 (9th Cir. 2000). But because the other two related cases have been consolidated with this one, the Court will not screen

---

[1] In addition to the $350 statutory fee, civil litigants must pay a $52 administrative fee. *See* 28 U.S.C. § 1914(a); District Court Misc. Fee Schedule, § 14 (effective Dec. 1, 2020).

1

1  Cowan's complaint until she files one consolidated complaint—inclusive of all claims she
2  wants to raise. She must do so, in this case, by **June 9, 2025**. The consolidated complaint
3  must be complete in and of itself without referring to any other document, in this case or
4  others.

5  Dated:  May 8, 2025

_____
Hon. Andrew G. Schopler
United States District Judge